Jamie M. Brickell (JMB 0871)
jbrickell@pryorcashman.com
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York  10022
(212) 421-4100
*Attorneys for Defendants CA, Inc., the CA Severance Plan, and Andrew Goodman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ARNONE,<br><br>                    Plaintiff,<br><br>        -against-<br><br>CA, INC., the CA SEVERANCE PLAN, and ANDREW GOODMAN, as the Plan Administrator of the CA Severance Plan, and as the Senior Vice President of Human Resources of CA, Inc., sued in his official capacity,<br><br>                    Defendants. | 08 Civ. 4458  (SS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance on behalf of Defendants CA, Inc., the CA Severance Plan, and Andrew Goodman and requests that copies of all notices and other papers in this case be sent to:  Pryor Cashman LLP, Attn: Jamie M. Brickell, Esq., 410 Park Avenue, New York, New York 10022.

E-mail address: jbrickell@pryorcashman.com

Dated:  New York, New York
         June 11, 2008

                                        PRYOR CASHMAN LLP

                                        By:___/s/_Jamie_M. Brickell_____
                                            Jamie M. Brickell (JMB 0871)
                                            jbrickell@pryorcashman.com
                                            410 Park Avenue
                                            New York, New York  10022
                                            *Attorneys for Defendants*