UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL ARNONE,

        Plaintiff,

v.

CA., INC., the CA SEVERANCE PLAN, and
ANDREW GOODMAN, as the Plan Administrator
of the CA Severance Plan, and as the Senior Vice
President of Human Resources of CA, Inc., sued in
his official capacity,

        Defendants.

08-CV-4458 (SS)

**STIPULATION
TO EXTEND TIME**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendants to answer, move or otherwise respond to the complaint in this action is extended to July 31, 2008.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures to this stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
       July 10, 2008

NATHANIEL B. SMITH

By: _____
Nathaniel B. Smith
111 Broadway - Suite 1305
New York, New York 10006
212-227-7062
*Attorney for Plaintiff*

PRYOR CASHMAN LLP

By: _____
Jamie M. Brickell
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Defendants*

SO ORDERED:
Date: July \_\_, 2008

_____
The Honorable Shira A. Scheindlin
United States District Court Judge