Jamie M. Brickell (jbrickell@pryorcashman.com)
Anna E. Hutchinson (ahutchinson@pryorcashman.com)
Pryor Cashman LLP
410 Park Avenue, 10th Floor
New York, New York 10022-4441
Tel: 212-421-4100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ARNONE,<br><br>             Plaintiff,<br><br>    v.<br><br>CA., INC., the CA SEVERANCE PLAN, and ANDREW GOODMAN, as the Plan Administrator of the CA Severance Plan, and as the Senior Vice President of Human Resources of CA, Inc., sued in his official capacity,<br><br>             Defendants. | 08-CV-4458 (SS)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant CA, Inc. certifies that said party has no corporate parents, affiliates or subsidiaries which are publicly held.

Dated: New York, New York
       September 4, 2008

By: _____
     Jamie M. Brickell